IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:08-cv-572-MEF-TFM |
| PETRY CONSTRUCTION, INC., *et al.*, | ) ) | (WO - DO NOT PUBLISH) |
| Defendants. | ) ) | |

**O R D E R**

Upon consideration of the Motion to Stay filed by Defendants Petry Construction, Inc., Daniel F. Petry, and Alfred G. Galdi on January 11, 2010 (Doc. #97), it is hereby

ORDERED that the motion is DENIED.

DONE this 12th day of January, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE