IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cv-572-MEF-TFM |
| | ) | |
| PETRY CONSTRUCTION, INC., *et al.*, | ) | (WO - DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The parties having informed this Court that they have reached a settlement and require

the issuance of a consent order, it is hereby

ORDERED that a status conference is set in this case for Friday, February 5, 2010,

at 10:30 a.m. by conference call arranged by counsel for Plaintiff. Counsel should be

prepared to discuss the settlement and any details the parties wish the Court to include in a

consent order.

The parties are DIRECTED to JOINTLY prepare a proposed consent order. Plaintiff

is DIRECTED to email the proposed consent order to *PropOrd_Fuller@almd.uscourts.gov*

in Word or WordPerfect format, to be received no later than 5:00 p.m. on Thursday, February

4, 2010.

DONE this the 3rd day of February 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE