IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| AUTO-OWNERS INSURANCE COMPANY, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | CASE NO. 3:08-cv-572-MEF-TFM |
| PETRY CONSTRUCTION, INC., *et al.*, | ) ) | (WO - DO NOT PUBLISH) |
| Defendants. | ) |  |

**O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1) That trial of this case set for February 22, 2010 is continued generally; and

2) That the parties file a joint stipulation of dismissal on or before March 7, 2010. The parties shall attach to that filing any proposed consent order they wish the Court to enter.

DONE this the 8th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE