IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AUTO-OWNERS INSURANCE )
COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. 3:08-cv-572-MEF-TFM
 )
PETRY CONSTRUCTION, INC., *et al.*, ) (WO - DO NOT PUBLISH)
 )
    Defendants. )

**O R D E R**

The parties having informed the Court that they have reached a settlement in this matter, it is hereby ORDERED that

1) The Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Doc. #66) is DENIED as moot;

2) The Motion for Partial Summary Judgment (Doc. #75) is DENIED as moot;

3) The Objection and Motion to Strike Defendants' Evidentiary Submission of Defendants (Doc. #85) is DENIED as moot; and

4) The Motion for Leave to Respond to Defendants' Reply Brief (Doc. #88) is DENIED as moot.

DONE this 16th day of March, 2010.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE