IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.  3:08-cv-572-MEF-TFM |
| PETRY CONSTRUCTION, INC., *et al.*, | ) ) | (WO - DO NOT PUBLISH) |
| Defendants. | ) ) | |

### **O R D E R**

Upon consideration of the proposed consent order attached by the parties to their joint stipulation of dismissal (*see* Doc. #109-2), it is hereby

ORDERED that a status conference is set in this case for Friday, May 7, 2010, at 9:00 a.m. by conference call arranged by counsel for Plaintiff.  Counsel should be prepared to discuss their settlement and the details of their proposed consent order.

DONE this the 29th day of April 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE