IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:08-cv-572-MEF-TFM ) |
| PETRY CONSTRUCTION, INC., *et al.*, | ) (WO - DO NOT PUBLISH) ) |
| Defendants. | ) |

## **O R D E R**

The Court construes the Joint Stipulation and Motion of All Parties for Entry of Consent Judgment, Opinion and Order (Doc. #109) as a Joint Motion to Dismiss. So construed, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE